IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 67.85.225.122

**ISP:** Optimum Online
**Physical Location:** Bridgewater, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/10/2018 15:02:41 | 8FCEE86C24C7C64C94D7C95D0307ADC488C40F8E | Purely Passionate |
| 01/30/2018 03:21:10 | E9B3F020F65BBD3963D8FB2184CF8327F40E6DE1 | X Marks The Spot |
| 01/05/2018 23:50:41 | 65FB1A3CEF085B831C6343F19C7CC818423BBECC | Red Hot Christmas |
| 12/17/2017 15:56:45 | 9499CBF530FFAFA39DB216415BFC663108A9FE55 | Your Luckiest Night |
| 12/02/2017 21:08:03 | 4842BA3D11865B63DD0990BD02B0B59A36C57F4D | Watch Me Cum For You |
| 11/15/2017 04:37:47 | 29796B5A62224484FB829BF3B84DDB3E02CE4F71 | Would You Fuck My Girlfriend |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

CNJ713