Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 67.85.225.122,<br><br>Defendant. | Case No. 3:18-cv-10575-PGS-DEA |

### PLAINTIFF'S NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe subscriber assigned IP address 67.85.225.122 ("Defendant") through his counsel, Robert Z. Cashman.  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: November 5, 2018                                                       Respectfully submitted,

>By:   /s/ *Patrick J. Cerillo*
>Patrick J. Cerillo, Esq.
>Patrick J. Cerillo, LLC
>4 Walter E. Foran Blvd.,
>Suite 402
>Flemington, NJ 08822
>Attorney ID No. 01481-1980
>T: (908) 284-0997
>F: (908) 284-0915
>pjcerillolaw@comcast.net
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

>By: /s/ *Patrick J. Cerillo*